EASTERN STATES PETROLEUM CORP. *v.*
ROGERS, ATTORNEY GENERAL, ET AL.

No. 70.   Decided October 12, 1959.

*Gerard R. Moran* and *Edwin G. Martin* for appellant.

*Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Seymour Farber* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

CASTELLANO *v.* COMMISSION OF INVESTIGA-
TION OF THE STATE OF NEW YORK.

No. 72.   Decided October 12, 1959.

*Osmond K. Fraenkel* for appellant.

*Eliot H. Lumbard, Nathan Skolnik* and *Arnold M. Weiss* for appellee.

PER CURIAM.

The motion for leave to file supplement to the motion to dismiss is granted.  The motion to dismiss is granted and the appeal is dismissed as moot.